In the Matter of STEUBEN-ALLEGANY BOARD OF COOPERATIVE EDUCATIONAL SERVICES, Respondent, v STEUBEN-ALLEGANY BOARD OF COOPERATIVE EDUCATIONAL SERVICES TEACHERS' ASSOCIATION, Appellant. (Appeal from Order and Judgment of Supreme Court, Steuben County, Purple, Jr., J.—Arbitration.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ. [See, — Misc 2d —.]